UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

MARTA NUNEZ

v.                                    CA No. 05-337T

MICHAEL J. ASTRUE

### ORDER DENYING MOTION TO ENLARGE AND DISMISSING CASE

In accordance with the Magistrate Judge's report and recommendation dated October 15, 2007, plaintiff's motion for enlargement of time to serve the defendant is hereby denied.

Furthermore, since, in response to the Court's show case order dated June 6, 2007, the plaintiff has failed to establish good cause for her failure to effect service or otherwise prosecute the case this case is hereby dismissed.

By Order

/s/ _____
Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Sr. United States District Judge

Date: Nov. 6, 2007