# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MARTA NUNEZ,
Plaintiff

vs.                                               C.A. No. 05-337T

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,
Defendant

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

   Pursuant to this Court's Order Denying Motion to Enlarge and Dismissing Case dated November 6th, 2007, Judgment hereby enters in favor of the Defendants Michael J. Astrue against Plaintiff Marta Nunez.

                                        Enter:

                                        _____
                                        Deputy Clerk

Dated: November 6th, 2007